IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 OCT 20  PM 12: 29

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE ADAN RODRIGUEZ-MEZA,
JODY MARIE BENIS, and
ANTHONY JAMES SCHLOTFELD,

Defendant.

8:21CR 266

INDICTMENT
21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury charges that

## COUNT I

On or about April 8, 2021, in the District of Nebraska, Defendant JOSE ADAN RODRIGUEZ-MEZA did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about April 8, 2021, in the District of Nebraska, Defendant JOSE ADAN RODRIGUEZ-MEZA did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

1

## COUNT III

On or about March 23, 2021, in the District of Nebraska, Defendant JOSE ADAN RODRIGUEZ-MEZA did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about April 8, 2021, in the District of Nebraska, Defendant ANTHONY JAMES SCHLOTFELD did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT V

On or about April 8, 2021, in the District of Nebraska, Defendant JODY MARIE BENIS did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before JODY MARIE BENIS committed the offense charged in this Count, she had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846

2

Conspiracy/Methamphetamine, for which she served more than 12 months of imprisonment and

for which she was released from serving any term of imprisonment related to that offense within

15 years of the commencement of the instant offense.


A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska,
pursuant to the rules of this Court.


MARTIN J. CONBOY, IV
Assistant United States Attorney

3