IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:21CR00266-RFR-SMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| ANTHONY JAMES SCHLOTFELD, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Joshua W. Weir and hereby enters his appearance on behalf of Anthony James Schlotfeld as CJA counsel.

ANTHONY JAMES SCHLOTFELD, Defendant.

BY: /s/ Joshua W. Weir (#23492)
BLACK & WEIR LAW OFFICES, LLC
1904 Farnam Street, Suite 425
Omaha, Nebraska 68102
Ph.: (402) 513-3650
Fax: (844) 222-2417
josh@joshweirlaw.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Entry of Appearance was sent to the United States Attorney, by electronic filing this 22nd day of October, 2021.

/s/ Joshua W. Weir (#23492)