IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:21-cr-00266 |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| vs. | ) | |
| ANTHONY JAMES SCHLOTFELD, | ) | |
| Defendant. | ) | |

COMES NOW Defendant, Anthony James Schlotfeld, by and through undersigned counsel, and moves this Court to restrict Defendant's Motion to Reconsider Detention in the above-captioned case.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

ANTHONY JAMES SCHLOTFELD, Defendant,

By: /s/ Joshua W. Weir (#23492)
BLACK & WEIR LAW OFFICES, LLC
1904 Farnam Street, Suite 425
Omaha, Nebraska 68102
Ph.: (402) 513-3650
Fax: (844) 222-2417
josh@joshweirlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Marty Conboy, Assistant United States Attorney

and I hereby certify that I have electronically emailed the document to the following:

N/A

/s/ Joshua W. Weir (#23492)