IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES SCHLOTFELD,<br><br>                Defendant. | **WITNESS LIST**<br><br>Case No.  8:21CR266<br>Deputy:   Sara Pankoke<br>Reporter: Digital Recorder<br>Date:     October 20, 2022 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Ashley Schlotfeld | October 20, 2022 |
|  |  |